**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DILARA ANTEPLI,

                Plaintiff,

                -against-

STARBUCKS COFFEE COMPANY,

                Defendant.
------------------------------------------------------------x

19-CV-7153 (LJL) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Parties are directed to submit a joint status letter by **March 13, 2020**.

**SO ORDERED.**

Dated: March 5, 2020
      New York, New York

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                                    United States Magistrate Judge